

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**03/07/2012**

IN RE:
Zaytoon Zeeba Paksima

§ CASE NO.
§ 12-31276-H4-11
§
§
DEBTOR IN POSSESSION
§ CHAPTER 11

### ORDER DISMISSING CHAPTER 11 CASE
(this order relates to docket no. 10)

CAME ON to be considered on March 6, 2012 was a hearing on the Motion of the United States trustee to Dismiss this Chapter 11 Case, with Prejudice(Docket #10). The Debtor and the United States Trustee made appearances at the hearing. The Court admitted 13 exhibits presented by the United States Trustee. Based on the exhibits presented, the statements provided by the Debtor, due notice and opportunity for hearing was given and it having been shown to the satisfaction of the Court that cause exists under 11 U.S.C. §1112(b) for the dismissal of this case. It is hereby

**ORDERED** that this chapter 11 case is **DISMISSED, with prejudice** subject to the following conditions. The Debtor may file a future case only if the following conditions are met prior to the filing of a bankruptcy case:

1. The Debtor must pay all unpaid filing fees to the Clerk of Court, for this case as well as two prior cases filed by her in the aggregate amount of $1,494.00;
2. The Debtor must pay United States Trustee quarterly fees for one quarter in the amount of $325.00;
3. The Debtor must obtain current credit counseling;
4. Any case filed by her must be filed by counsel retained by her for representation of her in any future case filed by her as Debtor. It is further

**ORDERED** that the Debtor shall pay all filing fees and quarterly fees no later than April 30, 2012; it is further

**ORDERED** that Debtors failure to pay the appropriate fees due to the United States Trustee pursuant to 28 U.S.C. § 1930 and the filing fees due to the Clerk of Court by April 30, 2012 will be treated as a contempt of this Court's Order and subject Debtor to an immediate hearing to determine if sanctions should be assessed. The UST may seek a hearing upon default; It is further

**ORDERED** that the court shall retain jurisdiction to enforce the terms of this Order.

SIGNED this 7th day of March, 2012.

**Jeff Bohm**
**United States Bankruptcy Judge**